FILED
JUN - 5 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 JUN -5  PM 12:08

CASE NO. 11CR1885-WQH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE LUIS MARTINEZ (1),

        Defendant.

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

8 USC 1326: DEPORTED ALIEN FOUND IN THE UNITED STATES

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/5/2012

William Q. Hayes
U.S. District Judge